THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-00002-BO

| | |
|---|---|
| SON BOYD, | ) |
|     *Plaintiff*, | ) |
| v. | )    O R D E R |
| PEGGY MATHEWSON WILSON | ) |
|     *Defendant*. | ) |

This cause comes before the Court on plaintiff's motion [DE 14] asking this Court to reopen a closed case. In January 2022, plaintiff filed a complaint asking the Court to issue an injunction against defendant. Magistrate Judge Robert T. Numbers's recommended that the matter be dismissed because plaintiff had not provided (among other things) the necessary summons. [DE 5]. Plaintiff did not correct this deficiency so the Court dismissed the matter without prejudice and closed the case. [DE 10]. Plaintiff then asked this Court to reconsider and issue a temporary restraining order. [DE 12]. But the case was closed – and plaintiff provided no compelling reason to reopen it – so this Court denied plaintiff's motion. [DE 13]. The same logic applies to the instant motion. [DE 14]. Nothing in plaintiff's latest filing persuades the Court to reopen the matter. This case will remain closed, and plaintiff's motion [DE 14] is DENIED.

SO ORDERED, this __19__ day of May, 2023.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1